655 A.2d 491

**Gerald J. CROWLEY, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.**

Supreme Court of Pennsylvania.

Dec. 7, 1994.

### *ORDER*

PER CURIAM:

**AND NOW,** this 7th day of December, 1994, the Petition for Allowance of Appeal is Granted. Pursuant to *Commonwealth, Dept. of Transportation v. Ingram,* and *Commonwealth, Dept. of Transportation v. Frain,* 538 Pa. 236, 648 A.2d 285 (1994), the Order of Commonwealth Court is hereby Affirmed.

MONTEMURO, J., is sitting by designation.